UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT JACKSON,<br><br>   Petitioner,<br><br>   v.<br><br>CALVIN JOHNSON, *et al.*,<br><br>   Respondents. | Case No. 2:20-cv-02100-KJD-DJA<br><br>ORDER |

Robert Jackson, an individual incarcerated at Nevada's High Desert State Prison, has submitted a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (ECF No. 1-1). However, Jackson has not paid the filing fee for this action, and he has not filed an application to proceed *in forma pauperis*.

The Court will grant Jackson an opportunity to either pay the filing fee or apply for *in forma pauperis* status. If Jackson fails to do one or the other within the time allowed, this action will be dismissed.

**IT IS THEREFORE ORDERED** that Petitioner will have **60 days** from the date of this order to pay the filing fee of five dollars ($5) or apply to proceed *in forma pauperis*.

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to send Petitioner two copies of this order. To pay the filing fee, Petitioner must make the necessary arrangements to have a copy of this order and a check for $5 sent to the Court within the time allowed.

///

///

///

///

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to send Petitioner two copies of the form for a state prisoner to apply to proceed *in forma pauperis*. To apply for *in forma pauperis* status, Petitioner must fully complete the application and return it to the Court for filing within the time allowed.

DATED THIS 17 day of November, 2020.

_____
KENT J. DAWSON,
UNITED STATES DISTRICT JUDGE