UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT JACKSON,<br><br>　　Petitioner,<br><br>　　v.<br><br>CALVIN JOHNSON, *et al.*,<br><br>　　Respondents. | Case No. 2:20-cv-02100-KJD-DJA<br><br>**ORDER** |

This case is a *pro se* petition for a writ of habeas corpus by Robert Jackson, a Nevada prisoner. The Court received Jackson's habeas petition (ECF No. 1-1) on November 13, 2020. *See* Order entered November 17, 2020 (ECF No. 3). Jackson paid the filing fee for the action on November 20, 2020 (ECF No. 4).

On December 12, 2020, Jackson filed a Motion for Leave to Amend (ECF No. 5), requesting leave of court to amend his petition to include, on page 13, line 14, of his petition, two citations to legal authorities that were left out of his petition as originally filed. The Court will grant that motion and will consider those citations—to *Johnson v. State*, 133 Nev. 571, 402 P.3d 1266 (2017), and *Whitehead v. State*, 128 Nev. 259, 285 P.3d 1053 (2012)—to be included in the petition.

The Court has reviewed Jackson's habeas petition, as amended, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts. The Court will direct the Clerk of the Court to serve the petition on the respondents and will require a response.

///

///

///

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Leave to Amend (ECF No. 5) is **GRANTED**. The petition for writ of habeas corpus (ECF No. 1-1) will be considered amended to include citations to *Johnson v. State*, 133 Nev. 571, 402 P.3d 1266 (2017), and *Whitehead v. State*, 128 Nev. 259, 285 P.3d 1053 (2012), at page 13, line 14, of the petition.

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to separately file the petition for writ of habeas corpus, which is currently filed at ECF No. 1-1.

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to add Aaron Ford, Attorney General of the State of Nevada, as counsel for the respondents.

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to electronically serve upon the respondents a copy of the petition for writ of habeas corpus and a copy of this order.

**IT IS FURTHER ORDERED** that Respondents will have 30 days from the date on which the petition is served upon them to appear in this action.

**IT IS FURTHER ORDERED** that Respondents will have 120 days from the date on which the petition is served upon them to answer or otherwise respond to the petition.

**IT IS FURTHER ORDERED** that, if Respondents file an answer, Petitioner will have 60 days to file a reply to the answer. If Respondents file a motion to dismiss, Petitioner will have 60 days to file a response to the motion to dismiss, and then Respondents will have 30 days to file a reply to Petitioner's response.

DATED THIS 14th day of December, 2020.

KENT J. DAWSON,
UNITED STATES DISTRICT JUDGE