UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT JACKSON,<br><br>　　Petitioner,<br><br>　　v.<br><br>CALVIN JOHNSON, *et al.*,<br><br>　　Respondents. | Case No. 2:20-cv-02100-KJD-DJA<br><br>**ORDER** |

　　In this habeas corpus action, the respondents were due on April 13, 2021, to respond to petitioner Robert Jackson's pro se amended habeas petition (ECF No. 7). *See* Order entered December 14, 2021 (ECF No. 6) (120 days from December 14, 2021, to respond).

　　On April 8, 2021, Respondents filed a motion for extension of time (ECF No. 9), requesting a 90-day extension, to July 12, 2021, to respond to Jackson's amended petition. Respondents' counsel states that the extension of time is necessary because of the time necessary to obtain, organize, and examine the relatively large state court record. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and there is good cause for the extension of time requested.

　　**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 9) is **GRANTED**. Respondents will have until and including July 12, 2021, to respond to the amended petition for writ of habeas corpus.

///

///

///

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered December 14, 2021 (ECF No. 6) will remain in effect.

DATED THIS 9 day of April, 2021.

_____
KENT J. DAWSON,
UNITED STATES DISTRICT JUDGE