UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT JACKSON,<br><br>    Petitioner,<br><br>v.<br><br>CALVIN JOHNSON, *et al.*,<br><br>    Respondents. | Case No. 2:20-cv-02100-KJD-DJA<br><br>**ORDER** |

In this habeas corpus action, the respondents were to file an answer by December 29, 2021. *See* Order entered September 30, 2021 (ECF No. 23) (resolving motion to dismiss and setting schedule for answer).

On December 22, 2021, Respondents filed a motion for extension of time (ECF No. 24), requesting a 61-day extension, to February 28, 2022, to file their answer. This would be the first extension of this deadline. Respondents' counsel states that the extension of time is necessary because of her obligations in other cases and time away from her office. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 24) is **GRANTED**. Respondents will have until and including February 28, 2022, to file their answer.

///

///

///

///

1

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered December 14, 2020 (ECF No. 6) will remain in effect.

DATED THIS 28th day of December, 2021.

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE