UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT JACKSON,<br><br>    Petitioner,<br><br>    v.<br><br>CALVIN JOHNSON, *et al.*,<br><br>    Respondents. | Case No. 2:20-cv-02100-KJD-DJA<br><br>**ORDER** |

    In this habeas corpus action, in an order entered on June 14, 2022, this Court denied *pro se* petitioner Robert Jackson's habeas petition and denied him a certificate of appealability, and judgment was entered on that same date. ECF Nos. 29, 30. Jackson appealed, and the Ninth Circuit Court of Appeals denied Jackson a certificate of appealability on May 12, 2023. ECF Nos. 31, 36. On June 1, 2023, Jackson filed a motion for relief from judgment (ECF No. 39), requesting reconsideration of an order entered on September 30, 2021 (ECF No. 23), ruling on Respondents' motion to dismiss. On August 10, 2023, this Court denied that motion for relief from judgment as untimely filed, and then denied Jackson a certificate of appealability regarding that ruling. ECF Nos. 47, 51. Jackson again appealed, and the Ninth Circuit Court of Appeals again denied him a certificate of appealability on January 31, 2024. ECF Nos. 48, 53. Also, in an order entered on January 23, 2024, the Court of Appeals denied Jackson's application for authorization to file a second or successive § 2254 habeas corpus petition in the district court. ECF No. 52.

    On July 16, 2024, Jackson filed another motion for relief from judgment. ECF No. 54. Respondents' response to that motion was due on July 30, 2024. *See* LR 7-2(b).

    On July 30, 2024, Respondents filed a motion for extension of time (ECF No. 55), requesting a 14-day extension, to August 13, 2024, to respond to Jackson's motion for

relief from judgment. This would be the first extension of this deadline. Respondents' counsel states that the extension is necessary because of her obligations in other cases. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 55) is **GRANTED**. Respondents will have until and including **August 13, 2024**, to file their response to the motion for relief from judgment.

**IT IS FURTHER ORDERED** that Petitioner will have **30 days** to file a reply to Respondents' response to his motion for relief from judgment.

DATED THIS 30th day of July, 2024.

KENT J. DAWSON
UNITED STATES DISTRICT JUDGE